```
UNITED STATES DISTRICT COURT                            USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                           DOCUMENT
------------------------------------------------------X ELECTRONICALLY FILED
                                                    :   DOC #:_____
HUER HUANG, ET AL.,                                 :   DATE FILED: 12/13/2019
                        Plaintiffs,                 :
                                                    :   19 Civ. 7702 (LGS)
        -against-                                   :
                                                    :   ORDER
SHANGHAI CITY CORP, ET AL.,                         :
                                                    :
                        Defendants.                 :
------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is on December 17, 2019. The Orders at Dkt. Nos. 15, 22 and 44 require the parties to file their joint conference materials at least 7 days in advance. The parties previously violated these Orders, and have not timely filed their conference materials yet;

WHEREAS, Defendants Solomon Liou, Mimi Si, and Yun Cai have not timely appeared. They were required to respond to the Complaint by November 5, 2019;

WHEREAS, Plaintiffs' October 10, 2019, request for issuance of a summons for Defendant Cheng Kueng Liu was deficient. As a result, this defendant has not been served and therefore has not appeared. It is hereby

**ORDERED** that, as soon as possible and no later than **Monday, December 16, 2019, at 9:00 a.m**., the parties shall file (1) their joint conference materials, in accordance with Dkt. No. 15, and (2) include in their joint letter a status update on non-appearing Defendants Solomon Liou, Mimi Si, and Yun Cai, as well as on Defendant Cheng Kueng Liu for whom a summons was not issued. As to the three non-appearing Defendants, Plaintiffs shall advise whether they intend to move for default judgment against them or proceed in this case without those

defendants. Plaintiffs shall also advise on status of service for Defendant Cheng Kueng Liu, and whether they will proceed in this case without this defendant.

If the parties fail to comply this Order, sanctions will be imposed.

Dated: December 13, 2019
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**