UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HUER HUANG, ET AL.,                                         :
                                       Plaintiffs,          :
                                                            :        19 Civ. 7702 (LGS)
            -against-                                       :
                                                            :        ORDER
SHANGHAI CITY CORP, ET AL.,                                 :
                                                            :
                                       Defendants.          :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference was held on December 17, 2019. It is hereby

    **ORDERED** that, as discussed at the conference, Defendants shall provide Plaintiffs with the last known addresses of Defendants who have not appeared, by **December 20, 2019**. It is further

    **ORDERED** that Defendants' pre-motion letter, proposing a Motion for Judgment on the Pleadings, is due **January 10, 2020**. Plaintiffs' response letter is due **January 24, 2020**. In the response letter, Plaintiffs shall state whether they will amend the operative Amended Complaint to address any issues identified in Defendants' pre-motion letter. If Plaintiffs choose to amend, the Second Amended Complaint ("SAC") is due **February 7, 2020**. The parties shall file a letter by **February 14, 2020**, advising whether the SAC obviates the need for the proposed Motion for Judgment on the Pleadings. If the SAC does not, the letter shall propose a briefing schedule, jointly agreed on by both parties, which may not exceed 60 days in total from the filing date of the opening brief.

    The Case Management Plan will follow in a separate order.

Dated: December 16, 2019
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE