UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

HUER HUANG, ET AL.,

                    Plaintiffs,

     -v-

SHANGHAI CITY CORP, ET AL.,

                    Defendants.

------------------------------------------------------------------------X

19-cv-7702 (LL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/2020

LEWIS J. LIMAN, United States District Judge:

     This case has been randomly reassigned to me for all purposes. It is hereby:

     ORDERED that the deadlines set forth in the Order at Dkt. No. 56 remain in place. *See also* Dkt. No. 61. Specifically, any Second Amended Complaint ("SAC") is due February 7, 2020 and a letter on whether the SAC obviates the proposed motion for judgment on the pleadings is due February 14, 2020. If the SAC does not obviate the proposed motion for judgment on the pleadings, the letter shall propose a briefing schedule, jointly agreed on by both parties, which may not exceed 60 days in total from the filing date of the opening brief.

     ORDERED that the Case Management Plan at Dkt. No. 57 remains in effect until and including the deadline for discovery to close on April 15, 2020. All deadlines subsequent to April 15, 2020 are ADJOURNED pending further order of the Court.

     The parties are ORDERED to appear for a status conference on May 20, 2020 at 10:00 a.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York. In advance of the status conference and no later than April 29, 2020, Defendants shall file on ECF a letter, not to exceed three pages in length, setting forth the basis for any anticipated summary judgment motion, including the legal standards and elements governing the claims at issue. Plaintiff shall file on ECF a letter, not to exceed three pages in length, responding to Defendants' letter by May 13, 2020. The content and timing for any anticipated motions for summary judgment shall be discussed at the May 20, 2020 status conference.

     Finally, Defendants Cheng Kueng Liu and Solomon Liou have been served but have not yet appeared (*see* Dkt. Nos. 23, 31). No later than March 2, 2020, plaintiffs' counsel is ORDERED to file on ECF a letter advising whether it intends to move for default judgment against these defendants or proceed in this case without them.

     SO ORDERED.

Dated: February 5, 2020
       New York, New York

                                                    LEWIS J. LIMAN
                                                    United States District Judge