UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
HUER HUANG, ET AL., :
:
Plaintiffs, :
: 19-cv-7702 (LJL)
-v- :
: **RESCHEDULING ORDER**
SHANGHAI CITY CORP, ET AL., :
:
Defendants. :
:
---------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

IT IS HEREBY ORDERED that the post-discovery status conference in this matter, previously scheduled for **May 20, 2020** at **10:00 a**.m. is RESCHEDULED for **May 27, 2020** at **10:30** a.m. in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: March 12, 2020
New York, New York

_____
LEWIS J. LIMAN
United States District Judge