UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
HUER HUANG, ET AL., :
:
                Plaintiffs, :
: 19-cv-7702 (LJL)
   -v- :
: ORDER
SHANGHAI CITY CORP, ET AL., :
:
                Defendants. :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of Plaintiffs' letter requesting to stay depositions. (Dkt. No. 81.) The application is GRANTED. The parties are directed to Federal Rule of Civil Procedure 30(b)(4), which allows parties to stipulate and the Court, on motion, to order that a deposition is "taken by telephone or other remote means." The Court will grant any well-supported motion brought thereunder.

    IT IS FURTHER ORDERED that the previously-set deadline of April 15, 2020 for completion of all fact discovery (Dkt. No. 57) is RESET to July 20, 2020. Further, the previously set May 27, 2020 status conference (Dkt. No. 80) is RESET to August 17, 2020. The deadlines for pre-motion for summary judgment letters (Dkt. No. 68) are RESET as well. In advance of the August 17, 2020 status conference and no later than August 3, 2020, any party moving for summary judgment shall file on ECF a letter, not to exceed three pages in length, setting forth the basis for any anticipated summary judgment motion, including the legal standards and elements governing the claims at issue. Any opposing party shall file on ECF a letter, not to exceed three pages in length, responding to the letter by August 10, 2020. The content and timing for any anticipated motions for summary judgment shall be discussed at the August 17, 2020 status conference.

    In summary, the following deadlines are now in place:

**July 20, 2020**: Completion of all fact discovery
**August 3, 2020**: Pre-MSJ letter due
**August 10, 2020**: Opposition to pre-MSJ letter due
**August 17, 2020**: Status conference

SO ORDERED.

Dated: March 13, 2020
       New York, New York
                                  LEWIS J. LIMAN
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2020