UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUER HUANG, ET AL.,

        Plaintiffs,

-v-

SHANGHAI CITY CORP, ET AL.,

        Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2020

19-cv-7702 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

    IT IS HEREBY ORDERED that a Telephone Conference will be held in this matter on Wednesday, March 18, 2020 at 10:00 a.m. to further discuss Plaintiffs' motion to stay all depositions (Dkt. No. 81) and Defendants' opposition (Dkt. No. 82). Parties are directed to dial in to the Court's teleconference number at 888-251-2909, Access Code 2123101 and follow the necessary prompts.

SO ORDERED.

Dated: March 16, 2020
      New York, New York

                                          LEWIS J. LIMAN
                                          United States District Judge