```
UNITED STATES DISTRICT COURT                            USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                           DOCUMENT
------------------------------------------------------------X    ELECTRONICALLY FILED
                                                        :        DOC #:_____
HUER HUANG, ET AL.,                                     :        DATE FILED: 3/18/2020
                                                        :
                          Plaintiffs,                   :
                                                        :        19-cv-7702 (LJL)
              -v-                                       :
                                                        :        ORDER
SHANGHAI CITY CORP, ET AL.,                             :
                                                        :
                          Defendants.                   :
                                                        :
------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

As discussed at the telephonic conference held today, the following is HEREBY ORDERED:

1. Without objection from any party, the deadline for completion of all fact discovery is ADJOURNED to **June 22, 2020**. All intermediate fact discovery deadlines (for example, for interrogatories, depositions, requests to admit, and all other categories specified in Dkt. No. 56 ¶ 8(b)-(f)) may be determined by consent of the parties, so long as they permit fact discovery to be completed by June 22, 2020. This deadline supersedes all others previously issued in the case.

2. A post-discovery status conference is SET for **July 6, 2020 at 4:00 p.m.** in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

3. In order to protect public health while promoting the "just, speedy, and inexpensive determination of every action and proceeding," Fed. R. Civ. P. 1, it is hereby ORDERED, pursuant to Fed. R. Civ. P. 30(b)(3) and (b)(4), that all depositions in this action may be taken via telephone, videoconference, or other remote means, and may be recorded by any reliable audio or audiovisual means.

4. Defendant Mimi Si may file any motion for summary judgment after the close of fact discovery and not before that time.

5. As discussed at the telephonic conference, a motion for sanctions may be filed with respect to the two deponents referenced in Defendants' letter-motion (Dkt. No. 78) and Plaintiffs' letter-motion (Dkt. No. 81) in response. The Clerk of Court is respectfully directed to TERMINATE the motions in Dkt. Nos. 78 and 81.

SO ORDERED.

Dated: March 18, 2020
       New York, New York

                                              _____
                                              LEWIS J. LIMAN
                                              United States District Judge