UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
HUER HUANG, ET AL.,                                              :
:
                Plaintiffs,                         :
:      19-cv-7702 (LJL)
    -v-                                                      :
:      <u>ORDER</u>
SHANGHAI CITY CORP, ET AL.,                                      :
:
                Defendants.                         :
:
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2020

LEWIS J. LIMAN, United States District Judge:

      The Court has received an email from Plaintiff's counsel requesting clarification of the Court's Order that Plaintiff file a corrected complaint with properly numbered paragraphs. (*See* Dkt. No. 93 at 16.)

      To clarify: Plaintiff's corrected complaint shall make NO CHANGES TO OR DELETIONS OF the text of the First Amended Complaint (Dkt. No. 17) EXCEPT to replace the currently out-of-order paragraph numbers with numbers that correctly reflect the order of the paragraphs.

      SO ORDERED.

Dated: May 18, 2020
       New York, New York

                                                LEWIS J. LIMAN
                                        United States District Judge