UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/10/2020
```

-----------------------------------------------------------------------X
:
HUER HUANG, ET AL.,                                         :
:
                     Plaintiffs,        :
:                          19-cv-7702 (LJL)
      -v-                                                  :
:                          ORDER
SHANGHAI CITY CORP, ET AL.,                            :
:
                  Defendants.        :
:
-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Defendants' discovery motion (Dkt. No. 107) and Plaintiffs'
response (Dkt. No. 108).  Having considered the papers and the applicable law, the following is
HEREBY ORDERED:

    1.   Due to the failure of Plaintiffs Huer Huang and Hui Zhen Huang to attend their
       depositions, a failure that they and their counsel fail to justify, sanctions in the
       form of reasonable expenses of $1,760.00 are hereby imposed on those two
       parties, jointly and severally with their counsel.  *See* Fed. R. Civ. P. 37(d).

    2.   The Court construes Plaintiffs' response (Dkt. No. 108) regarding the depositions
       of Plaintiffs Lianqin Lu, Juan Li, and Hai Hua Zhai as a motion for a protective
       order.  Defendants shall respond to that motion no later than 5:00 p.m. on June 12,
       2020.

    3.   Plaintiffs Huer Huang, Hui Zhen Huang, and Juan Li shall respond to Defendants'
       document requests and interrogatories no later than July 3, 2020.  The remainder
       of the request for an order compelling Plaintiffs to respond to interrogatories and
       document requests is denied as moot.

      SO ORDERED.

Dated: June 10, 2020
      New York, New York                 _____
                                  LEWIS J. LIMAN
                            United States District Judge