```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
HUER HUANG, ET AL.,    :
 :
                Plaintiffs,  :
 :      19-cv-7702 (LJL)
    -v-  :
 :      ORDER
SHANGHAI CITY CORP, ET AL.,  :
 :
                Defendants.  :
 :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    This conference previously set for July 24, 2020 is ADJOURNED sine die. The deadline for completion of fact discovery remains July 22, 2020.

    SO ORDERED.

Dated: July 7, 2020
       New York, New York
                                            LEWIS J. LIMAN
                                            United States District Judge