USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
HUER HUANG, ET AL.,                                                :
                                                                   :
                           Plaintiffs,                             :
                                                                   :         19-cv-7702 (LJL)
           -v-                                                     :
                                                                   :              ORDER
SHANGHAI CITY CORP, ET AL.,                                        :
                                                                   :
                           Defendants.                             :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      At 12:00 p.m. on September 3, 2020, the parties shall appear for oral argument on the plaintiffs' motion for conditional class certification (Dkt. No. 117). The argument will proceed telephonically. Parties are directed to call (888) 251-2909 and use access code 2123101.

      The parties should be prepared to discuss, by restaurant location, which named plaintiffs have ripe FLSA claims as well as to identify the existence of any putative opt-in plaintiffs who would have ripe FLSA claims and are similarly situated to such named plaintiffs.

      SO ORDERED.

Dated: August 20, 2020                          _____
       New York, New York                                       LEWIS J. LIMAN
                                                                   United States District Judge