UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/7/2020__
```

-----------------------------------------------------------------------X
                        :

HUER HUANG, et al.,                :

                Plaintiffs,    :

                        :        19-cv-7702 (LJL)

      -v-                :

                        :        <u>ORDER</u>

SHANGHAI CITY CORP, et al.,    :

                        :

            Defendants.   :

                        :

-----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      In response to concerns raised by the Court in its order dated October 19, 2020, Dkt. No. 158, Plaintiffs have submitted a Revised Notice of Pendency.  Dkt. No. 161.  Because the Revised Notice of Pendency addresses the issues raised by the Court, the Notice is APPROVED.

      SO ORDERED.

Dated: December 7, 2020
      New York, New York                  LEWIS J. LIMAN
                                    United States District Judge