UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
HUER HUANG, et al.,                                                :
:
Plaintiffs,                           :
:           19-cv-7702 (LJL)
-v-                                                  :
:           ORDER
SHANGHAI CITY CORP, et al.,                                        :
:
Defendants.                           :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

There being no docket activity in this case since February 12, 2021, the parties are hereby ORDERED to submit to the Court by November 12, 2021, a joint letter containing an update as to the status of the case, including whether any party intends to move for summary judgment.

SO ORDERED.

Dated: November 4, 2021
       New York, New York                            _____
                                                     LEWIS J. LIMAN
                                                     United States District Judge