```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
HUER HUANG, et al.,                                              :
                                                                 :
                        Plaintiffs,                              :
                                                                 :           19-cv-7702 (LJL)
        -v-                                                      :
                                                                 :              ORDER
SHANGHAI CITY CORP, et al.,                                      :
                                                                 :
                        Defendants.                              :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    It is hereby ORDERED that counsel for all parties appear for a Status Conference by telephone on December 17, 2021, at 3:00 p.m.  Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

SO ORDERED.

Dated: November 15, 2021
       New York, New York

                                                LEWIS J. LIMAN
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2021