Case 1:19-cv-07702-LJL   Document 178   Filed 12/21/21   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
HUER HUANG ET AL, :
 :
                    Plaintiffs, :
 :      19-cv-07702 (LJL)
     -v- :
 :            ORDER
SHANGHAI CITY CORP ET AL, :
 :
                  Defendants. :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a status conference on December 17, 2021 and heard arguments from both Plaintiffs and Defendants regarding the timeliness of the motion for class certification. The Court will consider the timeliness of the motion for class certification at the same time that it considers the merits of the motion. Defendants' opposition to class certification is due on 1/31/2022. Plaintiffs' reply to the opposition is due on 2/5/2022.

      If no class is certified, trial will proceed on 7/11/2022. A proposed joint pretrial order will be due on 6/17/2022, and the final pretrial conference will take place on 7/5/2022 at 2:00 p.m. in Courtroom 15C at the 500 Pearl Street Courthouse. Any motion to strike a jury demand is due by 6/8/2022, and any response to that motion is due on 6/15/2022.

      SO ORDERED.

Dated: December 21, 2021
       New York, New York
                                                                     LEWIS J. LIMAN
                                                                     United States District Judge