USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                     :

HUER HUANG, et al.,                              :

                          Plaintiffs,                :
                                                     :                19-cv-7702 (LJL)
            -v-                               :
                                                     :               OPINION AND ORDER

SHANGHAI CITY CORP, et al.,          :

                        Defendants.             :
                                                     :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On December 12, 2021, the Court issued an Order stating that, "[i]f no class is certified, trial will proceed on 7/11/2022." Dkt. No. 178. The Court has issued an Opinion and Order denying Plaintiffs' motion for class certification; trial will therefore proceed as scheduled on July 11, 2022 at 9:00 a.m. in Courtroom 15C of the 500 Pearl Street Courthouse. The final pretrial conference will proceed as scheduled on July 5, 2022 at 2:00 p.m. in Courtroom 15C. The other deadlines set forth in the Order at Dkt. No. 178 remain.

      SO ORDERED.

Dated: May 10, 2022
       New York, New York

                                                      LEWIS J. LIMAN
                                                      United States District Judge