```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
HUER HUANG, et al.,                                              :
:
Plaintiffs,                            :
:           19-cv-7702 (LJL)
-v-                                             :
:               ORDER
SHANGHAI CITY CORP, et al.,                                      :
:
Defendants.                            :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of Defendants' motion to approve a stipulation of voluntary dismissal of defendant Mimi Si and to strike jury demands made by Plaintiffs in this matter. Dkt. No. 196.  A jury trial is currently scheduled in this matter for July 11, 2022.  Given the impending the trial date, briefing on this motion shall be expedited.  It is hereby ORDERED that Plaintiffs shall file a response to Defendants' motion by June 17, 2022, and Defendants shall file any reply by June 22, 2022.

      SO ORDERED.

Dated: June 9, 2022
      New York, New York
                                                                             LEWIS J. LIMAN
                                                           United States District Judge