```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
HUER HUANG, et al.,                                              :
:
                              Plaintiffs,                        :
:                       19-cv-7702 (LJL)
            -v-                                                  :
:                       ORDER
SHANGHAI CITY CORP, et al.,                                      :
:
                              Defendants.                        :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court will hear oral argument on Friday, June 24, 2022, at 9:30 a.m. on defendants' pending motion to approve a stipulation of voluntary dismissal of defendant Mimi Si and to strike jury demands made in this matter. The oral argument will proceed telephonically, and the parties are directed to dial in to the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

The parties should be prepared to address the following issues, among others: (1) whether plaintiffs were entitled to reasonably rely upon the jury demand made by Mimi Si including in not exercising their rights under Federal Rule of Civil Procedure 38(b) to make a jury demand within 14 days of the last pleading directed to the issue; and (2) whether plaintiffs should be considered to have waived their jury trial rights under Rule 39(a) or otherwise or should be bound to the case management order that the case would not be tried to the bench in the absence of any showing of good cause (and whether good cause exists for a modification of that order).

SO ORDERED.

Dated: June 21, 2022                          _____
       New York, New York                              LEWIS J. LIMAN
                                                   United States District Judge