```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
HUER HUANG, et al.,                                               :
                                                                  :
                            Plaintiffs,                           :
                                                                  :          19-cv-7702 (LJL)
            -v-                                                   :
                                                                  :          ORDER
SHANGHAI CITY CORP, et al.,                                       :
                                                                  :
                            Defendants.                           :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Trial in this case is scheduled to start on Tuesday, July 12, 2022.  The Court omitted to discuss opening statements at the final pretrial conference.  For planning purposes, the parties should be aware that the Court will limit opening statements to fifteen minutes by each side.


      SO ORDERED.

Dated: July 8, 2022
      New York, New York
                                                   LEWIS J. LIMAN
                                          United States District Judge