```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                          :
HUER HUANG, et al.,                                      :
                                                                          :
                          Plaintiffs,                           :
                                                                            :         19-cv-7702 (LJL)
                -v-                                                    :
                                                                             :             ORDER
SHANGHAI CITY CORP, et al.,                  :
                                                                             :
                          Defendants.                     :
                                                                             :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Trial in this case is scheduled to start on Tuesday, July 12, 2022. For the convenience of the Court, the parties are directed to order a copy of the transcript of the trial and to do so by the end of today, July 11, 2022.


      SO ORDERED.

Dated: July 11, 2022                                       _____
      New York, New York                                  LEWIS J. LIMAN
                                                                  United States District Judge