```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
HUER HUANG, et al.,                                              :
:
                        Plaintiffs,                              :
:            19-cv-7702 (LJL)
        -v-                                                      :
:                ORDER
SHANGHAI CITY CORP, et al.,                                      :
:
                        Defendants.                              :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The trial in this case that was scheduled to start today, July 12, 2022 is cancelled in light of the settlement reached by the parties, the material terms of which were read and agreed to in open court today. The parties are directed to submit a written settlement agreement by July 22, 2022. Counsel for Plaintiffs shall also submit information regarding the requested attorney's fee award to Plaintiff's counsel (with documentation to support the latter, if appropriate) consistent with the principles set forth in *Fisher v. SD Protection Inc.*, 948 F.3d 593, 600 (2d. Cir. 2020). It is not sufficient to state the proportion of the requested attorney's fee to the overall settlement amount. Rather, the reasonableness of attorney's fees must be evaluated with reference to "adequate documentation supporting the attorneys' fees and costs," which "should normally [include] contemporaneous time records indicating, for each attorney, the date, the hours expended, and the nature of the work done." *Id.*; *see Strauss v. Little Fish Corp.*, 2020 WL 4041511, at *9 (S.D.N.Y. July 17, 2020) (discussing the requirements for adequately justifying an attorney's fee). Failure to provide the appropriate or sufficient documentation could result in the Court rejecting the proposed fee award.

      On July 29, 2022 at 11:00 a.m., the Court will hold a telephonic hearing to consider whether the settlement agreement should be approved under the standards set forth in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The parties are directed to dial in to the Court's teleconference line at 888-251-2909, Access Code 2123101# and follow the prompts.

      SO ORDERED.

Dated: July 12, 2022
      New York, New York                            _____
                                                            LEWIS J. LIMAN
                                                   United States District Judge